UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN D. GUERRERO,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC.<br><br>    Defendant. | No. CV-12-081-JLQ<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS AND CLOSING FILE |

    BEFORE THE COURT is the "Stipulated Motion of Dismissal" (ECF No. 13) wherein the parties agree, pursuant to Fed.R.Civ.P. 41, to the dismissal of this action **with prejudice** and without an award of fees or costs to any party. Accordingly,

    **IT IS HEREBY ORDERED:**

    1. The Stipulated Motion (ECF No. 13) is **GRANTED**.

    2. The Clerk of this court shall enter judgment of dismissal **with prejudice** of the Complaint (ECF No. 1) and the claims therein without costs or attorneys fees to any party.

    **IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

    **DATED** this 11th day of March, 2013.

                       s/ Justin L. Quackenbush
                       JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1