AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JUAN D. GUERRERO,

        Plaintiff,

v.

WALMART STORES, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-081-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Stipulated Motion (ECF No. 13) is GRANTED. Judgment of dismissal is entered without prejudice of the Complaint (ECF No. 1) and the claims therein without costs or attorneys fees to any party. File closed.

| | |
|---|---|
| March 11, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |